**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

**NATALIE MUMFORD**,

*Plaintiff,*

v.

**CH OPERATING, LLC, et al.**,

*Defendants.*

</td><td>

**Case No. 2:25-cv-03618-JDW**

</td></tr>
</table>

## ORDER

**AND NOW**,  this 10th day of June, 2026, upon notice that the Parties have settled the above-captioned matter, it is **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b).  Each party shall bear her or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.